UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHERYL BLAUSTEIN,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-2439-JA-NWH**

**PRESIDIO NETWORKED SOLUTIONS, LLC,**

**Defendant.**

---

**FINAL INJUNCTION**

On November 20, 2026, the parties filed a joint stipulation (Doc. 22) requesting entry of a final injunction (Doc. 22-1) to resolve Counts I–III of Presidio Networked Solutions LLC's (Presidio) Counterclaim. Having reviewed the parties' stipulation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. From the date of this Order through January 2, 2028, Cheryl Blaustein, as well as any persons or entities acting in concert or participation with her who receive actual notice of this Order by personal service or otherwise, is prohibited from:

   a. bidding for, or directly or indirectly, soliciting, or providing sales or services to the University of Central Florida or any other Presidio client that is on the Protected Client List that the parties exchanged contemporaneous with their entry into

the stipulation for the Court to enter this Final Injunction.

2. Provided that Cheryl Blaustein has no direct or indirect involvement, nothing herein shall preclude Hye Tech Network & Security Solutions, LLC from continuing to service any pre-existing work it received from the University of Central Florida prior to its employment of Ms. Blaustein.

3. Within ten days of this Order, Cheryl Blaustein shall return all Presidio materials in her possession, custody, or control and preserve all relevant electronic records and devices.

4. The Protected Client List shall not be filed except as required to enforce this Final Injunction. Presidio may share any portion of the Protected Client List that it believes necessary to enable non-parties to this proceeding to know what conduct is enjoined.

5. All remaining claims and counterclaims of the parties are dismissed with prejudice.

6. All parties shall bear their own fees and costs, except that in any action to enforce this injunction the prevailing party shall be entitled to an award of its attorneys' fees and costs in connection with enforcement.

**DONE** and **ORDERED** in Orlando, Florida, on November 23rd, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record